UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 APR 19 A 9:42

_____
DEPUTY CLERK

WELLS FARGO EQUIPMENT
FINANCE, INC.,

    Plaintiff,

v.

GLOBAL ENERGY SERVICES, INC.
and GLOBAL ENVIRONMENTAL
SOLUTIONS, INC.,

    Defendants.

Case No. 2:19-cv-00062-GZS

## WRIT OF ATTACHMENT AND TRUSTEE PROCESS

**To the Sheriff, U.S. Marshall, or any other duly authorized person:**

IT IS ORDERED that attachment and trustee process may be made against the property of Defendants Global Energy Services, Inc. ("Global Energy") and Global Environmental Solutions, Inc. ("Global Environmental" and, together with Global Energy, "Defendants"), jointly and severally, in the amount of $991,275.50.

You are commanded to attach the goods and chattels, real estate, personal estate, and stocks and shares in any banking association or incorporated company of Defendants, or in the hands or possession of the Defendants' trustees for the amount set forth above.

The attachment(s) herein is/are to secure any Judgment or Decree Plaintiff Wells Fargo Equipment Finance, Inc. may obtain in this action.

Dated: April 19, 2019

_____
Lindsey Caron
Deputy Clerk

A TRUE COPY
ATTEST  Christa K. Berry, Clerk

By _____
Deputy Clerk

Return of Service

**Trustee Attachment**

_____, SS

By virtue of this attachment, I attached the money, goods, chattels, rights and credits of the within-named Defendant Global Energy Services, Inc. in the hands and possession of _____ _____ to the extent ordered in this attachment, and summoned the said trustee to appear as within commanded by giving in hand to/leaving at the abode of _____ at _____ _____ an attested copy of the within Writ of Attachment and Trustee Process.

_____  
Date

_____  
Signature

_____  
Printed Name/Agency

*************************************************************************

**Completion of Service**

_____, SS

On _____, I made service of this Writ of Attachment and Trustee Process upon _____ at _____ _____ by delivering a copy in hand.

Service                $_____  
Travel ___ miles       $_____  
Postage                $_____  
Other                  $_____  
Total                  $_____

_____  
Date

_____  
Signature

_____  
Printed Name/Agency

## Return of Service

**Trustee Attachment**

_____, SS

By virtue of this attachment, I attached the money, goods, chattels, rights and credits of the within-named Defendant Global Environmental Solutions, Inc. in the hands and possession of \_\_\_ _____ to the extent ordered in this attachment, and summoned the said trustee to appear as within commanded by giving in hand to/leaving at the abode of _____ at \_\_\_\_ _____ an attested copy of the within Writ of Attachment and Trustee Process.

_____     _____
Date                                              Signature

_____
Printed Name/Agency

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Completion of Service**

_____, SS

On _____, I made service of this Writ of Attachment and Trustee Process upon \_ _____ at _____
_____ by delivering a copy in hand.

| | |
|---|---|
| Service | $_____ |
| Travel \_\_\_ miles | $_____ |
| Postage | $_____ |
| Other | $_____ |
| Total | $_____ |

_____     _____
Date                                              Signature

_____
Printed Name/Agency